IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                      No. CR 13-3895 MCA

EDGAR SOLIS,

        Defendant.

## ORDER ADOPTING MAGISTRATE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on the Magistrate Judge's *Proposed Findings and Recommended Disposition* (PFRD), filed on March 31, 2015. [Doc. 171],which relates to *Defendant Edgar Solis's Motion to Dismiss Counts 1 and 2 of the Superseding Indictment Based on Violation of Double Jeopardy as Said Counts are Multiplicitous* [Doc. 120]. In the PFRD, the Magistrate Judge found that Counts 1 and 2 were not multiplicitous and that that Motion to Dismiss should be denied.

The parties were notified that written objections to the PFRD were to be filed within fourteen days. [Doc. 171 at 6] No objections were filed, and the deadline has passed. The recommendations of the Magistrate Judge shall therefore be adopted by this Court.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's *Proposed Findings and Recommended Disposition* [Doc 171] be **ADOPTED** in its entirety.

1

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss [Doc. 120] be **DENIED.**

**IT IS SO ORDERED** this 23rd day of December, 2015.

_____
M. CHRISTINA ARMIJO
Chief United States District Judge